1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  SCOTT N. JOHNSON,                    No. 2:06-cv-2722-MCE-KJM
12        Plaintiff,
13     v.                                **ORDER RE: SETTLEMENT AND DISPOSITION**
14  WESTERN DESIGN, INC., doing
    business as WESTERN DESIGN
15  TILE and THE FITE COMPANY,
16        Defendants.
17  _____/
18      Pursuant to the representations of the attorney for
19  plaintiff, the court has determined that this case is settled.
20  In accordance with the provisions of Local Rule 16-160,
21  dispositional documents are to be filed on or before February 20,
22  2007.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4  IT IS SO ORDERED.

Dated: January 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE